**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| JACK JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-06129-CV-SJ-ODS |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

# SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CIV. P. 60

*Pro se* plaintiff Jack Jordan ("Jordan") filed the present lawsuit with the Court seeking judicial review of disclosure determinations made by defendant the United States Department of Labor ("DOL") in responding to requests submitted by Jordan to the DOL pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. More specifically, Jordan sought judicial review of two FOIA requests submitted to DOL, to wit: Request No. F2018-850930 and Request No. F2018-858557. In a prior order [Doc. 24], the Court dismissed Jordan's FOIA claims with regard to Request No. F2018-850930. Subsequently, on April 9, 2019, the Court entered a second order [Doc. 55] granting summary judgment to the DOL with regard to Jordan's other FOIA request [Request No. F2018-858557]. Having disposed of all of Jordan's claims, the Court entered a CLERK'S JUDGMENT [Doc. 56] on April 9, 2019. That same day, Jordan filed a NOTICE OF APPEAL [Doc. 57]. The case is presently pending before the Eighth Circuit as Appeal No. 19-1743 awaiting appellate briefing and argument.

On April 24, 2019, Jordan filed with this Court PLAINTIFF'S MOTION FOR FRCP 60 RELIEF FOR FRAUD, MISCONDUCT AND MISREPRESENTATION [Doc. 60]. The Court must deny the motion.

As previously noted, three weeks before filing his present Rule 60 motion, Jordan filed a NOTICE OF APPEAL to the Eighth Circuit. To that end:

> [It is] generally understood that a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.

*Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S. Ct. 400, 402 (1982) (*per curiam*). Consequently, if a litigant files a motion for relief from judgment under FED. R. CIV. P. 60 after a notice of appeal has been filed and while the case is still pending in the appellate court, a district court's only recourse is to deny the Rule 60 motion. *See, e.g., Hunter v. Underwood*, 362 F.3d 468, 475 (8th Cir. 2004) (district court may only "consider a Rule 60(b) motion on the merits and deny it if an appeal is already pending in this court"); *Brode v. Cohn*, 966 F.2d 1237, 1240 (8th Cir. 1992) ("A motion for relief from a judgment or order filed after a notice of appeal for the same order has been taken may be considered on its merits and denied, but not granted, by the trial court." [*emphasis in original*]); *Smith v. State*, 2015 WL 6702283, op. at *1 (E.D. Mo. Nov. 3, 2015) ("A district court retains jurisdiction to deny a Rule 60(b) motion, because a denial is in furtherance of the appeal. However, a district court lacks the ability to grant a Rule 60(b) motion." [*emphasis in original*]); *Nunley v. Bowersox*, 2014 WL 970079, op. at *2 (W.D. Mo. Mar. 12, 2014).

In light of Jordan's filing of a NOTICE OF APPEAL in this case, this Court's jurisdiction over its prior orders dismissing Jordan's requests for judicial review under FOIA [Docs. 24, 55] has been divested and, accordingly, the Court must deny Jordan's PLAINTIFF'S MOTION FOR FRCP 60 RELIEF FOR FRAUD, MISCONDUCT AND MISREPRESENTATION [Doc. 60] filed in this Court post-NOTICE OF APPEAL.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By * /s/ Jeffrey P. Ray*

Jeffrey P. Ray
Deputy United States Attorney
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-3130
FAX: (816) 426-3165
EMAIL: Jeffrey.Ray@usdoj.gov

ATTORNEYS FOR DEFENDANT THE UNITED STATES DEPARTMENT OF LABOR

## CERTIFICATE OF SERVICE

The undersigned Deputy United States Attorney hereby certifies that a true and correct copy of the foregoing **SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S REQUEST FOR RELIEF UNDER FED. R. CIV. P. 60** was electronically filed with the Clerk of the Court using the CM/ECF system on this 25th of April, 2019, which then sent notification to:

Jack Jordan
6225 Northlake Drive
Parkville, MO 64152
jack.jordan@emobilawyer.com

*PRO SE* PLAINTIFF

on this 25th day of April, 2019.

*/s/ Jeffrey P. Ray*
Jeffrey P. Ray
Deputy United States Attorney